IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH RAY PITTS**                                                                 **PETITIONER**
ADC #085938

v.                                    CASE NO. 4:21-CV-00033-BSM

**DEXTER PAYNE**                                                                      **RESPONDENT**
*Director, ADC*

### ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted. Kenneth Ray Pitt's petition [Doc. No. 2] is denied, his motion for leave to proceed *in forma pauperis* [Doc. No. 1] is denied, and a certificate of appealability is denied. *See* 28 U.S.C. § 22535(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts. Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of February, 2021.

                                                                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE