IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH RAY PITTS**                                                                                   **PETITIONER**
ADC #085938

v.                                          CASE NO. 4:21-CV-00033-BSM

**DEXTER PAYNE**                                                                                         **RESPONDENT**
*Director, ADC*

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of February, 2021.

                                                                                                     UNITED STATES DISTRICT JUDGE